```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
                       Norfolk Division
```

**KERRIE W. BRIGGS,**

        **Plaintiff,**

    v.                                              **ACTION NO. 2:06cv154**

**GARY W. WATERS,**
**WILLIAM O. WATSON, in his official**
**capacity as Sheriff of the City of**
**Portsmouth, and**
**THE CITY OF PORTSMOUTH SHERIFF'S OFFICE,**

        **Defendants.**

## CORRECTION ORDER

It appears to the court that a typographical error was made in the Opinion and Order of May 4, 2007, on page three. The final sentence of the second paragraph on page three is hereby corrected to read as follows: "Part of the reason for her discomfort was the fact that her coworkers had informed her that Waters was a womanizer and that he liked to belittle women." See Fed. R. Civ. P. 60(a) (explaining that "[c]lerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative"). In all other respects, the Opinion and Order remains as filed on May 4, 2007.

**IT IS SO ORDERED.**

                                                  /s/
                                  Rebecca Beach Smith
                                  UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

May 7, 2007